Jeffrey M. Singletary (#233528)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
jsingletary@swlaw.com

Mathew L. Lalli (#137927)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
mlalli@swlaw.com

Attorneys for Defendant
Newlook International, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| BOMANITE CORPORATION, a California corporation, dba QC CONSTRUCTION PRODUCTS,<br><br>Plaintiff,<br><br>vs.<br><br>NEWLOOK INTERNATIONAL, INC., Utah corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 1:07-CV-01640-OWW-SMS<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING ON NEWLOOK INTERNATIONAL, INC.'S MOTION TO DISMISS OR TRANSFER**<br><br>DATE OF FILING: October 23, 2007<br>TRIAL DATE: None |

Pursuant to the stipulated motion, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

The hearing set on March 3, 2008 on Newlook International, Inc.'s Motion

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1 to Dismiss or Transfer is continued until April 7, 2008.

3 Dated: February 25, 2008      /s/ OLIVER W. WANGER
                                Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com