Jeffrey M. Singletary (#233528)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California  92626-7689
Telephone:   (714) 427-7000
Facsimile:   (714) 427-7799
jsingletary@swlaw.com

Mathew L. Lalli (#137927)
James D. Gardner *(admitted pro hac vice)*
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone:   (801) 257-1900
Facsimile:   (801) 257-1800
mlalli@swlaw.com
jgardner@swlaw.com

Attorneys for Defendant
Newlook International, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| BOMANITE CORPORATION, a California corporation, dba QC CONSTRUCTION PRODUCTS,<br><br>Plaintiff,<br><br>vs.<br><br>NEWLOOK INTERNATIONAL, INC., Utah corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 1:07-CV-01640-OWW-SMS<br><br>Judge:  OLIVER WANGER<br>Department:<br><br>**ORDER GRANTING DEFENDANT'S § 1404 MOTION TO TRANSFER AND DENYING DEFENDANT'S § 1406 MOTION TO DISMISS OR TRANSFER**<br><br>DATE OF FILING:  October 23, 2007<br>TRIAL DATE:      None |

This matter came before the Court on April 7, 2008, for hearing and oral argument on Defendant Newlook International, Inc.'s motion to dismiss or transfer this case to the United States District Court, for the State of Utah, Central Division.

8736297.1                                                                          PROPOSED ORDER GRANTING MOTION TO
                                                                                           DIMSISS/TRANSFER

PDF created with pdfFactory trial version www.pdffactory.com

The Court having considered the parties' memoranda, the arguments of counsel at the hearing, all other pertinent matters of record, and having issued its Memorandum Decision on April 15, 2008, IT IS HEREBY ORDERED that,

(1)   Defendant's Motion to Transfer or Dismiss pursuant to 28 U.S.C § 1406 and 12(b)(3), Improper Venue is DENIED; and

(2) Defendant's Motion to Transfer pursuant to 28 U.S.C. § 1404, is GRANTED and therefore, this matter is transferred to the United States District Court, For the State of Utah, Central Division.

DATED this 29th day of April, 2008.

BY THE COURT:

/s/ OLIVER W. WANGER

United States District Judge Oliver Wanger

Approved as to Form:

By: /s/ Russell K. Ryan
   *(Signed by Filing Attorney
   with permission of Plaintiff's Attorney.)*
   Attorneys for Plaintiff Bomanite Corporation
   d/b/a QC Construction Products

PDF created with pdfFactory trial version www.pdffactory.com